UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMIER TADROS, on behalf of All Others Similarly Situated | Index No.: 2007 CV 10442 (SHS)

         Plaintiff,

 -against-

CITIGROUP INC., et al,

         Defendants.   **AFFIDAVIT OF SERVICE**
------------------------------------------------------------------X

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF NEW YORK  )

  **DARREN HINDS,** being duly sworn, deposes and says:

  1. That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

  2. That on November 23, 2007, at approximately 12:14 p.m., I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS and CLASS ACTION COMPLAINT FOR VIOLATIONS OF ERISA,** all upon **CITIGROUP INC.,** by Personal Delivery via Ms. Claudia P. Munoz, who identified herself as a "Paralegal" as well as being authorized, as Agent to accept service on behalf of Citigroup Inc., which service was effected at their actual place of business indicated below:

      CITIGROUP INC.
      485 Lexington Avenue / Lobby
      New York, New York 10017

  3. **Ms. Claudia P. Munoz** can best be described as:

Hispanic Female – White skin – Black hair – Brown eyes - Approximately 33 – 43 years of age, 5'7" – 5'11" and 155 – 195 lbs.

Dated: November 23, 2007
    New York, New York

                    _____
                    DARREN HINDS
                    License No.: 1194970

Sworn to before me on this the 23rd day of November 2007.

_____
NOTARY PUBLIC
    HOLLY ROLDAN
  Notary Public, State of New York
    No. 01RO6125752
  Qualified in New York County
  Commission Expires April 20, 20_09_

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**         POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-    NEW YORK, NEW YORK 10268
                             212-608-1555

*"We've built our service on your satisfaction"*