UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMIER TADROS, on behalf of All Others Similarly Situated  |  Index No.: 2007 CV 10442 (SHS)

                              Plaintiff,

   -against-

CITIGROUP INC., et al,

                             Defendants.  |  **AFFIDAVIT OF SERVICE**
---------------------------------------------------------------X

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

        **DARREN HINDS**, being duly sworn, deposes and says:

        1.      That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

        2.      That on November 23, 2007, at approximately 12:01 p.m., I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS and CLASS ACTION COMPLAINT FOR VIOLATIONS OF ERISA**, all upon **JOHN M. DEUTCH (an individual)**, by Substituted Service via Ms. Claudia P. Munoz, who identified herself as a "Paralegal" and who accepted service on behalf of John M. Deutch, individually. Ms. Claudia P. Munoz, who is known and known to be someone of suitable age and discretion, who indicated upon inquiry that she is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at their actual place of business indicated below:

                JOHN M. DEUTCH
                Citigroup Inc.
                485 Lexington Avenue / Lobby
                New York, New York 10017

        3.      **Ms. Claudia P. Munoz** can best be described as:

Hispanic Female – White skin – Black hair – Brown eyes - Approximately 33 – 43 years of age, 5'7" – 5'11" and 155 – 195 lbs.

        4.      On November 28, 2007, I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action commenced against the person served, and was addressed to JOHN M. DEUTCH, at the address noted above.

Dated:  November 28, 2007
           New York, New York

                                                                           _____
                                                                             DARREN HINDS
                                                                              License No.: 1194970

Sworn to before me on this the 28th day of November 2007.

_____
NOTARY PUBLIC

                                        **HOLLY ROLDAN**
                                Notary Public, State of New York
                                    No. 01RO6125752
                              Qualified in New York County
                         Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                                    POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-              NEW YORK, NEW YORK 10268
                                                                                         212-608-1555

*"We've built our service on your satisfaction"*