

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

STEPHEN GRAY, individually and on
behalf of all others similarly situated,            :

     Plaintiff,                                    :        Civil Action No: 07 Civ. 9790 (SHS)

v.                                                  :

CITIGROUP INC., CHARLES PRINCE,                     :        **NOTICE OF MOTION TO**
THE PLANS ADMINISTRATIVE                                     **ADMIT BRUCE K.**
COMMITTEE OF CITIGROUP INC.,                        :        **RINALDI *PRO HAC VICE***
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20,                    :

     Defendants.                                   :

-------------------------------------------------------x

SHAUN ROSE, Individually and On                     :
Behalf of All Others Similarly Situated,
                                                    :
     Plaintiff,                                    :        Civil Action No: 07 Civ. 10294

v.                                                  :

CITIGROUP INC., CHARLES PRINCE,                     :
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC.,                        :
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 10,                    :

     Defendants.                                   :

-------------------------------------------------------x

MEREDITH TRANBERG, individually                     :
and on behalf of all others similarly situated      :

     Plaintiff,                                    :        Civil Action No: 07 Civ. 10341

v.                                                  :

CITIGROUP INC., CHARLES PRINCE,                     :
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC.,                        :
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20,                    :

     Defendants.                                   :

-------------------------------------------------------x

```
-----------------------------------------------------x
ANTON RAPPOLD, individually and on            :
behalf of all others similarly situated,      :
                                              :
           Plaintiff,                         :        Civil Action No: 07 Civ. 10396
                                              :
v.                                            :
                                              :
CITIGROUP INC., CITIBANK, N.A.,               :
CHARLES PRINCE, THE PLANS                     :
ADMINISTRATIVE COMMITTEE OF                   :
CITIGROUP INC., THE 401(k)                    :
INVESTMENT COMMITTEE, and JOHN                :
and JANE DOES 1 - 10,                         :
                                              :
           Defendants.                        :
-----------------------------------------------------x
SAMIER TADROS, on Behalf of All               :
Others Similarly Situated,                    :
                                              :
           Plaintiff,                         :        Civil Action No: 07 Civ. 10442
                                              :
v.                                            :
                                              :
CITIGROUP INC., CHARLES O.                    :
PRINCE, C. MICHAEL ARMSTRONG,                 :
ALAIN J.P. BELDA, GEORGE DAVID,               :
KENNETH T. DERR, JOHN M. DEUTCH,              :
 ROBERTO HERNANDEZ RAMIREZ,                   :
ANN DIBBLE JORDAN, KLAUS                      :
KLEINFELD, ANDREW N. LIVERIS,                 :
ANNE MULCAHY, RICHARD D.                      :
PARSONS, JUDITH RODIN, ROBERT E.              :
RUBIN, ROBERT E. RUBIN, FRANKLIN              :
A. THOMAS, JOHN DOES 1-20 (BEING              :
CURRENT AND FORMER MEMBERS                    :
OF THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.)                  :
and JOHN DOES 21-40 (BEING                    :
CURRENT AND FORMER MEMBERS                    :
OF THE INVESTMENT COMMITTEE                   :
OF THE CITIGROUP INC. 401(K) PLAN),          :
                                              :
           Defendants.                        :
-----------------------------------------------------x
```

```
-------------------------------------------------x
STEPHAN FIORINO, individually and on    :
behalf of all others similarly situated,
                                        :
                                        :
          Plaintiff,                    :     Civil Action No: 07 Civ. 10458
v.                                      :
                                        :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                       :
                                        :
          Defendants.                   :
-------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,      :
                                        :
          Plaintiff,                    :     Civil Action No: 07 Civ. 10461
v.                                      :
                                        :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                       :
                                        :
          Defendants.                   :
-------------------------------------------------x
```

```
-----------------------------------------------------x
MARK GEROULO, individually, on behalf  :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
              Plaintiff,               :        Civil Action No: 07 Civ. 10472
                                       :
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
              Defendants.              :
-----------------------------------------------------x
```

```
------------------------------------------------------x
ALAN STEVENS, on Behalf of Himself         :
and All Others Similarly Situated,         :
                                           :
              Plaintiff,                   :        Civil Action No: 07 Civ. 11156
                                           :
v.                                         :
                                           :
CITIGROUP INC., CITIBANK, N.A,             :
CHARLES PRINCE, C. MICHAEL                 :
ARMSTRONG, ALAIN J.P. BELDA,               :
GEORGE DAVID, KENNETH T. DERR,             :
JOHN M. DEUTCH, PETER JOHNSON,             :
ROBERTO HERNANDEZ RAMIREZ,                 :
ANDREW N. LIVERIS, ANNE                    :
MULCAHEY, RICHARD D. PARSONS,              :
JUDITH RODIN, ROBERT E. RUBIN,             :
ROBERT L. RYAN, FRANKLIN A.                :
THOMAS, THE PLANS                          :
ADMINISTRATION COMMITTEE OF                :
CITIGROUP, INC., THE INVESTMENT            :
COMMITTEE and JOHN DOES 1-30,              :
                                           :
              Defendants.                  :
------------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of            :
Himself and a Class of Persons Similarly   :
Situated,                                  :
                                           :
              Plaintiff,                   :        Civil Action No: 07 Civ. 11158
                                           :
v.                                         :
                                           :
CITIGROUP INC., THE PLANS                  :
ADMINISTRATION COMMITTEE OF                :
CITIGROUP, INC., MICHAEL E.                :
SCHLEIN, CHARLES PRINCE, C.                :
MICHAEL ARMSTRONG, ALAIN J.P.              :
BELDA, GEORGE DAVID, KENNETH T.            :
DERR, JOHN M. DEUTCH, ROBERTO              :
HERNANDEZ RAMIREZ, ANDREW N.               :
LIVERIS, ANNE MULCAHEY,                    :
RICHARD D. PARSONS, JUDITH                 :
RODIN, ROBERT E. RUBIN, ROBERT L.          :
RYAN, AND FRANKLIN A. THOMAS,              :
And JOHN DOES 1-30,                        :
                                           :
              Defendants.                  :
```

```
------------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All          :
Others Similarly Situated,                :
                                          :
          Plaintiff,                      :        Civil Action No: 07 Civ. 11164
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES O.                :
PRINCE, C. MICHAEL ARMSTRONG,             :
ALAIN J.P. BELDA, GEORGE DAVID,           :
KENNETH T. DERR, JOHN M. DEUTCH,          :
ROBERTO HERNANDEZ RAMIREZ,                :
ANN DIBBLE JORDAN, KLAUS                  :
KLEINFELD, ANDREW N. LIVERIS,             :
ANNE MULCAHY, RICHARD D.                  :
PARSONS, JUDITH RODIN, ROBERT E.          :
RUBIN, ROBERT E. RUBIN, FRANKLIN          :
A. THOMAS, JOHN DOES 1-20 (BEING          :
CURRENT AND FORMER MEMBERS                :
OF THE PLANS ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP INC.)              :
and JOHN DOES 21-40 (BEING                :
CURRENT AND FORMER MEMBERS                :
OF THE INVESTMENT COMMITTEE               :
OF THE CITIGROUP INC. 401(K) PLAN),       :
                                          :
          Defendants.                     :
------------------------------------------------------
FRANCIA BRICK, individually and on        :
Behalf of all others similarly situated,  :
                                          :
                                          :        Civil Action No: 07 Civ. 11369
          Plaintiff,                      :
v.                                        :
                                          :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLAN'S ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP, INC.,             :
THE 401(k) INVESTMENT COMMITTEE,          :
And JOHN DOES 1-10,                       :
                                          :
          Defendants.                     :
------------------------------------------------------
```

```
-------------------------------------------------x
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others       :
Similarly Situated,                            :
                                               :
              Plaintiffs,                      :        Civil Action No: 07cv11207
v.                                             :
                                               :
CITIGROUP INC., CHARLES PRINCE,                :
ROBERT E. RUBIN, C. MICHAEL                    :
ARMSTRONG, ALAIN J. P. BELDA,                  :
GEORGE DAVID, KENNETH T. DERR,                 :
JOHN M. DEUTCH, ROBERTO                        :
HERNANDEZ RAMIREZ, ANDREW N.                   :
LIVERIS, ANN MULCAHEY, RICHARD                 :
D. PARSONS, JUDITH RODIN, ROBERT               :
L. RYAN, FRANKLIN A. THOMAS, ANN               :
DIBBLE JORDAN, KLAUS KLEINFELD                 :
AND DUDLEY C. MECUM, and JOHN                  :
and JANE DOES 1-10,                            :
                                               :
              Defendants.                      :
-------------------------------------------------
```

## NOTICE OF MOTION TO ADMIT
## BRUCE F. RINALDI *PRO HAC VICE*

   **PLEASE TAKE NOTICE** that upon the annexed Declaration of Lynda J. Grant,

the Affidavit of Bruce F. Rinaldi and the Certificate of Good Standing annexed thereto,

the undersigned will move this Court, before the Honorable Sidney H. Stein on a date to

be determined by the Court, in the United States Courthouse, 500 Pearl Street, Courtroom

23A, New York, New York  10007, for an Order (attached hereto), pursuant to Rule

1.3(c) of the Local Rules of the United States District Courts for the Southern District and

Eastern Districts of New York, admitting Bruce F. Rinaldi *pro hac vice*.

Dated: January 15, 2008

Respectfully submitted,

Lynda J. Grant (LG-4784)
**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, New York  10022
(212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------x
STEPHEN GRAY, individually and on         :
behalf of all others similarly situated,  :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 9790 (SHS)
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLANS ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP INC.,              :
THE 401(k) INVESTMENT                     :
COMMITTEE, and JOHN DOES 1 - 20,          :
                                          :
              Defendants.                 :
--------------------------------------------------x
SHAUN ROSE, Individually and On           :
Behalf of All Others Similarly Situated,  :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 10294
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLANS ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP INC.,              :
THE 401(k) INVESTMENT                     :
COMMITTEE, and JOHN DOES 1 - 10,          :
                                          :
              Defendants.                 :
--------------------------------------------------x
MEREDITH TRANBERG, individually          :
and on behalf of all others similarly situated :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 10341
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLANS ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP INC.,              :
THE 401(k) INVESTMENT                     :
COMMITTEE, and JOHN DOES 1 - 20,          :
                                          :
              Defendants.                 :
--------------------------------------------------x
```

```
-----------------------------------------------x
ANTON RAPPOLD, individually and on        :
behalf of all others similarly situated,  :
                                          :
             Plaintiff,                   :      Civil Action No: 07 Civ. 10396
v.                                        :
                                          :
CITIGROUP INC., CITIBANK, N.A.,           :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and JOHN            :
and JANE DOES 1 - 10,                     :
                                          :
             Defendants.                  :
-----------------------------------------------x
SAMIER TADROS, on Behalf of All           :
Others Similarly Situated,                :
                                          :
             Plaintiff,                   :      Civil Action No: 07 Civ. 10442
v.                                        :
                                          :
CITIGROUP INC., CHARLES O.                :
PRINCE, C. MICHAEL ARMSTRONG,             :
ALAIN J.P. BELDA, GEORGE DAVID,           :
KENNETH T. DERR, JOHN M. DEUTCH,          :
 ROBERTO HERNANDEZ RAMIREZ,               :
ANN DIBBLE JORDAN, KLAUS                  :
KLEINFELD, ANDREW N. LIVERIS,             :
ANNE MULCAHY, RICHARD D.                  :
PARSONS, JUDITH RODIN, ROBERT E.          :
RUBIN, ROBERT E. RUBIN, FRANKLIN          :
A. THOMAS, JOHN DOES 1-20 (BEING          :
CURRENT AND FORMER MEMBERS                :
OF THE PLANS ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP INC.)              :
and JOHN DOES 21-40 (BEING                :
CURRENT AND FORMER MEMBERS                :
OF THE INVESTMENT COMMITTEE               :
OF THE CITIGROUP INC. 401(K) PLAN),       :
                                          :
             Defendants.                  :
-----------------------------------------------x
```

```
-----------------------------------------------------x
STEPHAN FIORINO, individually and on    :
behalf of all others similarly situated,
                                        :
                                        :
            Plaintiff,                  :    Civil Action No: 07 Civ. 10458
v.                                      :
                                        :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                       :
                                        :
            Defendants.                 :
-----------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,      :
                                        :
            Plaintiff,                  :    Civil Action No: 07 Civ. 10461
v.                                      :
                                        :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                       :
                                        :
            Defendants.                 :
-----------------------------------------------------x
```

```
--------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the         :
CITIBUILDER 401 (K) PLAN FOR              :
PUERTO RICO, and all others similarly,    :
                                          :
               Plaintiff,                 :        Civil Action No: 07 Civ. 10472
                                          :
v.                                        :
                                          :
CITIGROUP, INC., CITIBANK, N.A.,          :
THE PLAN ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP, INC.,             :
MICHAEL E. SCHLEIN, JOHN DOES             :
1-10, THE CITIGROUP 401(k) PLAN           :
INVESTMENT COMMITTEE and JOHN             :
DOES 10-20, C. MICHAEL                    :
ARMSTRONG, ALAN J.P. BELDA,               :
GEORGE DAVID, KENNETH T. DERR,            :
JOHN M. DEUTCH, ROBERTO                   :
HERNANDEZ, ANN DIBBLE JORDAN,             :
ANDREW N. LIVERIS, DUDLEY C.              :
MECUM, ANNE M. MULCAHY,                   :
RICHARD D. PARSONS, ANDRALL E.            :
PEARSON, CHARLES PRINCE, JUDITH           :
RODIN, ROBERT E. RUBIN, FRANKLIN          :
A. THOMAS, SANFORD I. WEILL,              :
                                          :
               Defendants.                :
--------------------------------------------------x
```

```
-------------------------------------------------x
ALAN STEVENS, on Behalf of Himself          :
and All Others Similarly Situated,          :
                                            :
            Plaintiff,                      :        Civil Action No: 07 Civ. 11156
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A,              :
CHARLES PRINCE, C. MICHAEL                  :
ARMSTRONG, ALAIN J.P. BELDA,                :
GEORGE DAVID, KENNETH T. DERR,              :
JOHN M. DEUTCH, PETER JOHNSON,              :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANDREW N. LIVERIS, ANNE                     :
MULCAHEY, RICHARD D. PARSONS,               :
JUDITH RODIN, ROBERT E. RUBIN,              :
ROBERT L. RYAN, FRANKLIN A.                 :
THOMAS, THE PLANS                           :
ADMINISTRATION COMMITTEE OF                 :
CITIGROUP, INC., THE INVESTMENT             :
COMMITTEE and JOHN DOES 1-30,               :
                                            :
            Defendants.                     :
-------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of             :
Himself and a Class of Persons Similarly    :
Situated,                                   :
                                            :
            Plaintiff,                      :        Civil Action No: 07 Civ. 11158
v.                                          :
                                            :
CITIGROUP INC., THE PLANS                   :
ADMINISTRATION COMMITTEE OF                 :
CITIGROUP, INC., MICHAEL E.                 :
SCHLEIN, CHARLES PRINCE, C.                 :
MICHAEL ARMSTRONG, ALAIN J.P.               :
BELDA, GEORGE DAVID, KENNETH T.             :
DERR, JOHN M. DEUTCH, ROBERTO               :
HERNANDEZ RAMIREZ, ANDREW N.                :
LIVERIS, ANNE MULCAHEY,                     :
RICHARD D. PARSONS, JUDITH                  :
RODIN, ROBERT E. RUBIN, ROBERT L.           :
RYAN, AND FRANKLIN A. THOMAS,               :
And JOHN DOES 1-30,                         :
                                            :
            Defendants.                     :
```

```
-------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All        :
Others Similarly Situated,              :
                                        :
            Plaintiff,                  :        Civil Action No: 07 Civ. 11164
                                        :
v.                                      :
                                        :
CITIGROUP INC., CHARLES O.              :
PRINCE, C. MICHAEL ARMSTRONG,           :
ALAIN J.P. BELDA, GEORGE DAVID,         :
KENNETH T. DERR, JOHN M. DEUTCH, :
ROBERTO HERNANDEZ RAMIREZ,              :
ANN DIBBLE JORDAN, KLAUS                :
KLEINFELD, ANDREW N. LIVERIS,           :
ANNE MULCAHY, RICHARD D.                :
PARSONS, JUDITH RODIN, ROBERT E. :
RUBIN, ROBERT E. RUBIN, FRANKLIN :
A. THOMAS, JOHN DOES 1-20 (BEING        :
CURRENT AND FORMER MEMBERS              :
OF THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.)            :
and JOHN DOES 21-40 (BEING              :
CURRENT AND FORMER MEMBERS              :
OF THE INVESTMENT COMMITTEE             :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                        :
            Defendants.                 :
-------------------------------------------------
FRANCIA BRICK, individually and on      :
Behalf of all others similarly situated,
                                        :
            Plaintiff,                  :        Civil Action No: 07 Civ. 11369
v.                                      :
                                        :
CITIGROUP INC., CHARLES PRINCE,         :
THE PLAN'S ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP, INC.,           :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,                     :
                                        :
            Defendants.                 :
-------------------------------------------------
```

```
-----------------------------------------------------x
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others       :
Similarly Situated,                            :
                                               :
                    Plaintiffs,                :
v.                                             :
                                               :
CITIGROUP INC., CHARLES PRINCE,                :
ROBERT E. RUBIN, C. MICHAEL                    :
ARMSTRONG, ALAIN J. P. BELDA,                  :
GEORGE DAVID, KENNETH T. DERR,                 :
JOHN M. DEUTCH, ROBERTO                        :
HERNANDEZ RAMIREZ, ANDREW N.                   :
LIVERIS, ANN MULCAHEY, RICHARD                 :
D. PARSONS, JUDITH RODIN, ROBERT               :
L. RYAN, FRANKLIN A. THOMAS, ANN               :
DIBBLE JORDAN, KLAUS KLEINFELD                 :
AND DUDLEY C. MECUM, and JOHN                  :
and JANE DOES 1-10,                            :
                                               :
                    Defendants.                :
-----------------------------------------------------
```

Civil Action No: 07cv11207

## DECLARATION OF LYNDA J. GRANT IN SUPPORT
## OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Lynda J. Grant, hereby declare as follows:

1.     I am an attorney admitted to practice in the State of New York, and in the Southern and Eastern Districts of New York.  I submit this Declaration in support of the motion to admit Bruce F. Rinaldi to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action.

2.     I agree to act as local counsel for Bruce F. Rinaldi and to observe the Rules of this Court governing the conduct of attorneys.

3.     Bruce F. Rinaldi is a member in good standing of the Bar of the District of Columbia.

For the foregoing reasons, it is respectfully requested that Bruce F. Rinaldi be admitted *pro hac vice* to the United States District Court for the Southern District of New York for purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2008

Respectfully submitted,

Lynda J. Grant (LG-4784)
**COHEN, MILSTEIN, HAUSFELD**
**& TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, New York  10022
(212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

STEPHEN GRAY, individually and on           :
behalf of all others similarly situated,    :
                                            :
            Plaintiff,                      :     Civil Action No: 07 Civ. 9790 (SHS)
                                            :
v.                                          :
                                            :     **DECLARATION OF BRUCE F.**
CITIGROUP INC., CHARLES PRINCE,             :     **RINALDI IN SUPPORT OF**
THE PLANS ADMINISTRATIVE                    :     **MOTION TO ADMIT COUNSEL**
COMMITTEE OF CITIGROUP INC.,                :     ***PRO HAC VICE***
THE 401(k) INVESTMENT                       :
COMMITTEE, and JOHN DOES 1 - 20,            :
                                            :
            Defendants.                     :
----------------------------------------------------x
SHAUN ROSE, Individually and On             :
Behalf of All Others Similarly Situated,    :
                                            :
            Plaintiff,                      :     Civil Action No: 07 Civ. 10294
                                            :
v.                                          :
                                            :
CITIGROUP INC., CHARLES PRINCE,             :
THE PLANS ADMINISTRATIVE                    :
COMMITTEE OF CITIGROUP INC.,                :
THE 401(k) INVESTMENT                       :
COMMITTEE, and JOHN DOES 1 - 10,            :
                                            :
            Defendants.                     :
----------------------------------------------------x
MEREDITH TRANBERG, individually             :
and on behalf of all others similarly situated :
                                            :
            Plaintiff,                      :     Civil Action No: 07 Civ. 10341
                                            :
v.                                          :
                                            :
CITIGROUP INC., CHARLES PRINCE,             :
THE PLANS ADMINISTRATIVE                    :
COMMITTEE OF CITIGROUP INC.,                :
THE 401(k) INVESTMENT                       :
COMMITTEE, and JOHN DOES 1 - 20,            :
                                            :
            Defendants.                     :
----------------------------------------------------x

```
------------------------------------------------------x
ANTON RAPPOLD, individually and on            :
behalf of all others similarly situated,       :
                                               :
            Plaintiff,                         :        Civil Action No: 07 Civ. 10396
v.                                             :
                                               :
CITIGROUP INC., CITIBANK, N.A.,                :
CHARLES PRINCE, THE PLANS                      :
ADMINISTRATIVE COMMITTEE OF                    :
CITIGROUP INC., THE 401(k)                     :
INVESTMENT COMMITTEE, and JOHN                 :
and JANE DOES 1 - 10,                          :
                                               :
            Defendants.                        :
------------------------------------------------------x
SAMIER TADROS, on Behalf of All                :
Others Similarly Situated,                     :
                                               :
            Plaintiff,                         :        Civil Action No: 07 Civ. 10442
v.                                             :
                                               :
CITIGROUP INC., CHARLES O.                     :
PRINCE, C. MICHAEL ARMSTRONG,                  :
ALAIN J.P. BELDA, GEORGE DAVID,                :
KENNETH T. DERR, JOHN M. DEUTCH,               :
 ROBERTO HERNANDEZ RAMIREZ,                    :
ANN DIBBLE JORDAN, KLAUS                       :
KLEINFELD, ANDREW N. LIVERIS,                  :
ANNE MULCAHY, RICHARD D.                       :
PARSONS, JUDITH RODIN, ROBERT E.               :
RUBIN, ROBERT E. RUBIN, FRANKLIN               :
A. THOMAS, JOHN DOES 1-20 (BEING               :
CURRENT AND FORMER MEMBERS                     :
OF THE PLANS ADMINISTRATIVE                    :
COMMITTEE OF CITIGROUP INC.)                   :
and JOHN DOES 21-40 (BEING                     :
CURRENT AND FORMER MEMBERS                     :
OF THE INVESTMENT COMMITTEE                    :
OF THE CITIGROUP INC. 401(K) PLAN),            :
                                               :
            Defendants.                        :
------------------------------------------------------x
```

```
-----------------------------------------------------x
STEPHAN FIORINO, individually and on   :
behalf of all others similarly situated,   :
                                           :
              Plaintiff,                   :      Civil Action No: 07 Civ. 10458
v.                                         :
                                           :
CITIGROUP INC., CITIBANK N.A.,            :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and                 :
JOHN DOES 1 - 20,                         :
                                           :
              Defendants.                  :
-----------------------------------------------------x
JAMES BOLLA, individually and on behalf :
  of all others similarly situated,        :
                                           :
              Plaintiff,                   :      Civil Action No: 07 Civ. 10461
v.                                         :
                                           :
CITIGROUP INC., CITIBANK N.A.,            :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and                 :
JOHN DOES 1 - 20,                         :
                                           :
              Defendants.                  :
-----------------------------------------------------x
```

```
-------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
               Plaintiff,              :        Civil Action No: 07 Civ. 10472
                                       :
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
               Defendants.             :
-------------------------------------------------x
```

```
-----------------------------------------------------x
ALAN STEVENS, on Behalf of Himself      :
and All Others Similarly Situated,      :
                                        :
            Plaintiff,                  :      Civil Action No: 07 Civ. 11156
v.                                      :
                                        :
CITIGROUP INC., CITIBANK, N.A,          :
CHARLES PRINCE, C. MICHAEL              :
ARMSTRONG, ALAIN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,          :
JOHN M. DEUTCH, PETER JOHNSON,          :
ROBERTO HERNANDEZ RAMIREZ,              :
ANDREW N. LIVERIS, ANNE                 :
MULCAHEY, RICHARD D. PARSONS,           :
JUDITH RODIN, ROBERT E. RUBIN,          :
ROBERT L. RYAN, FRANKLIN A.             :
THOMAS, THE PLANS                       :
ADMINISTRATION COMMITTEE OF             :
CITIGROUP, INC., THE INVESTMENT         :
COMMITTEE and JOHN DOES 1-30,           :
                                        :
            Defendants.                 :
-----------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of         :
Himself and a Class of Persons Similarly:
Situated,                               :
                                        :
            Plaintiff,                  :      Civil Action No: 07 Civ. 11158
v.                                      :
                                        :
CITIGROUP INC., THE PLANS               :
ADMINISTRATION COMMITTEE OF             :
CITIGROUP, INC., MICHAEL E.             :
SCHLEIN, CHARLES PRINCE, C.             :
MICHAEL ARMSTRONG, ALAIN J.P.           :
BELDA, GEORGE DAVID, KENNETH T. :
DERR, JOHN M. DEUTCH, ROBERTO           :
HERNANDEZ RAMIREZ, ANDREW N.            :
LIVERIS, ANNE MULCAHEY,                 :
RICHARD D. PARSONS, JUDITH              :
RODIN, ROBERT E. RUBIN, ROBERT L. :
RYAN, AND FRANKLIN A. THOMAS,           :
And JOHN DOES 1-30,                     :
                                        :
            Defendants.                 :
```

```
-----------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All        :
Others Similarly Situated,              :
                                        :
              Plaintiff,                :      Civil Action No: 07 Civ. 11164
v.                                      :
                                        :
CITIGROUP INC., CHARLES O.              :
PRINCE, C. MICHAEL ARMSTRONG,           :
ALAIN J.P. BELDA, GEORGE DAVID,         :
KENNETH T. DERR, JOHN M. DEUTCH,        :
ROBERTO HERNANDEZ RAMIREZ,              :
ANN DIBBLE JORDAN, KLAUS                :
KLEINFELD, ANDREW N. LIVERIS,           :
ANNE MULCAHY, RICHARD D.                :
PARSONS, JUDITH RODIN, ROBERT E.        :
RUBIN, ROBERT E. RUBIN, FRANKLIN        :
A. THOMAS, JOHN DOES 1-20 (BEING        :
CURRENT AND FORMER MEMBERS              :
OF THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.)            :
and JOHN DOES 21-40 (BEING              :
CURRENT AND FORMER MEMBERS              :
OF THE INVESTMENT COMMITTEE             :
OF THE CITIGROUP INC. 401(K) PLAN),     :
                                        :
              Defendants.               :
------------------------------------------------------
FRANCIA BRICK, individually and on      :
Behalf of all others similarly situated,      :
                                        :
              Plaintiff,                :      Civil Action No: 07 Civ. 11369
v.                                      :
                                        :
CITIGROUP INC., CHARLES PRINCE,         :
THE PLAN'S ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP, INC.,           :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,                     :
                                        :
              Defendants.               :
------------------------------------------------------
```

```
-----------------------------------------------------x
```
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others :
Similarly Situated, :
                     :
           Plaintiffs, :      Civil Action No: 07cv11207
v. :
                     :
CITIGROUP INC., CHARLES PRINCE, :
ROBERT E. RUBIN, C. MICHAEL :
ARMSTRONG, ALAIN J. P. BELDA, :
GEORGE DAVID, KENNETH T. DERR, :
JOHN M. DEUTCH, ROBERTO :
HERNANDEZ RAMIREZ, ANDREW N. :
LIVERIS, ANN MULCAHEY, RICHARD :
D. PARSONS, JUDITH RODIN, ROBERT :
L. RYAN, FRANKLIN A. THOMAS, ANN :
DIBBLE JORDAN, KLAUS KLEINFELD :
AND DUDLEY C. MECUM, and JOHN :
and JANE DOES 1-10, :
                     :
          Defendants. :

1.      I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2.      I submit this Declaration in support of the motion of Lynda J. Grant for my admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto as Exhibit 1, I am a member in good standing of the Bar of the District of Columbia, admitted June 6, 1997, Bar No. 455187.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above captioned cases.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated January _10_, 2008

Bruce F. Rinaldi
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005
Phone: (202) 408-4600
Fax:    (202) 408-4699

1

# EXHIBIT 1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Bruce F. Rinaldi

was on the    6th    day of    June, 1997

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
9, 2008.

GARLAND PINKSTON, JR., CLERK

By: _Michelle Cline_
                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
STEPHEN GRAY, individually and on                  :
behalf of all others similarly situated,           :
                                                   :
                      Plaintiff,                   :        Civil Action No: 07 Civ 9790 (SHS)
v.                                                 :
                                                   :
CITIGROUP INC., CHARLES PRINCE,                    :
THE PLANS ADMINISTRATIVE                           :
COMMITTEE OF CITIGROUP INC.,                       :
THE 401(k) INVESTMENT                              :
COMMITTEE, and JOHN DOES 1 - 20,                   :
                                                   :
                      Defendants.                  :
-------------------------------------------------------x
SHAUN ROSE, Individually and On                    :
Behalf of All Others Similarly Situated,           :
                                                   :
                      Plaintiff,                   :        Civil Action No: 07 Civ. 10294
v.                                                 :
                                                   :
CITIGROUP INC., CHARLES PRINCE,                    :
THE PLANS ADMINISTRATIVE                           :
COMMITTEE OF CITIGROUP INC.,                       :
THE 401(k) INVESTMENT                              :
COMMITTEE, and JOHN DOES 1 - 10,                   :
                                                   :
                      Defendants.                  :
-------------------------------------------------------x
MEREDITH TRANBERG, individually             :
and on behalf of all others similarly situated :
                                                   :
                      Plaintiff,                   :        Civil Action No: 07 Civ. 10341
v.                                                 :
                                                   :
CITIGROUP INC., CHARLES PRINCE,                    :
THE PLANS ADMINISTRATIVE                           :
COMMITTEE OF CITIGROUP INC.,                       :
THE 401(k) INVESTMENT                              :
COMMITTEE, and JOHN DOES 1 - 20,                   :
                                                   :
                      Defendants.                  :
-------------------------------------------------------x

```
-------------------------------------------------x
ANTON RAPPOLD, individually and on          :
behalf of all others similarly situated,    :
                                            :
          Plaintiff,                        :        Civil Action No: 07 Civ. 10396
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A.,             :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                       :
                                            :
          Defendants.                       :
-------------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,                  :
                                            :
          Plaintiff,                        :        Civil Action No: 07 Civ. 10442
v.                                          :
                                            :
CITIGROUP INC., CHARLES O.                  :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH,            :
 ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.            :
RUBIN, ROBERT E. RUBIN, FRANKLIN            :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                            :
          Defendants.                       :
-------------------------------------------------x
```

```
---------------------------------------------------x
STEPHAN FIORINO, individually and on    :
behalf of all others similarly situated,       :
                                               :
            Plaintiff,                         :      Civil Action No: 07 Civ. 10458
v.                                             :
                                               :
CITIGROUP INC., CITIBANK N.A.,                 :
CHARLES PRINCE, THE PLANS                      :
ADMINISTRATIVE COMMITTEE OF                    :
CITIGROUP INC., THE 401(k)                     :
INVESTMENT COMMITTEE, and                      :
JOHN DOES 1 - 20,                              :
                                               :
            Defendants.                        :
---------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,            :
                                               :
            Plaintiff,                         :      Civil Action No: 07 Civ. 10461
v.                                             :
                                               :
CITIGROUP INC., CITIBANK N.A.,                 :
CHARLES PRINCE, THE PLANS                      :
ADMINISTRATIVE COMMITTEE OF                    :
CITIGROUP INC., THE 401(k)                     :
INVESTMENT COMMITTEE, and                      :
JOHN DOES 1 - 20,                              :
                                               :
            Defendants.                        :
---------------------------------------------------x
```

```
-----------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
              Plaintiff,               :       Civil Action No: 07 Civ. 10472
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
              Defendants.              :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
```
ALAN STEVENS, on Behalf of Himself   :
and All Others Similarly Situated,   :
   :
        Plaintiff,   :     Civil Action No: 07 Civ. 11156
v.   :
   :
CITIGROUP INC., CITIBANK, N.A,   :
CHARLES PRINCE, C. MICHAEL   :
ARMSTRONG, ALAIN J.P. BELDA,   :
GEORGE DAVID, KENNETH T. DERR,   :
JOHN M. DEUTCH, PETER JOHNSON,   :
ROBERTO HERNANDEZ RAMIREZ,   :
ANDREW N. LIVERIS, ANNE   :
MULCAHEY, RICHARD D. PARSONS,   :
JUDITH RODIN, ROBERT E. RUBIN,   :
ROBERT L. RYAN, FRANKLIN A.   :
THOMAS, THE PLANS   :
ADMINISTRATION COMMITTEE OF   :
CITIGROUP, INC., THE INVESTMENT   :
COMMITTEE and JOHN DOES 1-30,   :
   :
        Defendants.   :

```
-------------------------------------------------------x
```
STEPHEN GOLDSTEIN, on Behalf of   :
Himself and a Class of Persons Similarly   :
Situated,   :
   :
        Plaintiff,   :     Civil Action No: 07 Civ. 11158
v.   :
   :
CITIGROUP INC., THE PLANS   :
ADMINISTRATION COMMITTEE OF   :
CITIGROUP, INC., MICHAEL E.   :
SCHLEIN, CHARLES PRINCE, C.   :
MICHAEL ARMSTRONG, ALAIN J.P.   :
BELDA, GEORGE DAVID, KENNETH T. :
DERR, JOHN M. DEUTCH, ROBERTO   :
HERNANDEZ RAMIREZ, ANDREW N.   :
LIVERIS, ANNE MULCAHEY,   :
RICHARD D. PARSONS, JUDITH   :
RODIN, ROBERT E. RUBIN, ROBERT L. :
RYAN, AND FRANKLIN A. THOMAS,   :
And JOHN DOES 1-30,   :
   :
        Defendants.   :

```
-----------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All        :
Others Similarly Situated,              :
                                        :
                Plaintiff,              :        Civil Action No: 07 Civ. 11164
v.                                      :
                                        :
CITIGROUP INC., CHARLES O.              :
PRINCE, C. MICHAEL ARMSTRONG,           :
ALAIN J.P. BELDA, GEORGE DAVID,         :
KENNETH T. DERR, JOHN M. DEUTCH, :
ROBERTO HERNANDEZ RAMIREZ,              :
ANN DIBBLE JORDAN, KLAUS                :
KLEINFELD, ANDREW N. LIVERIS,           :
ANNE MULCAHY, RICHARD D.                :
PARSONS, JUDITH RODIN, ROBERT E.        :
RUBIN, ROBERT E. RUBIN, FRANKLIN :
A. THOMAS, JOHN DOES 1-20 (BEING        :
CURRENT AND FORMER MEMBERS              :
OF THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.)            :
and JOHN DOES 21-40 (BEING              :
CURRENT AND FORMER MEMBERS              :
OF THE INVESTMENT COMMITTEE             :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                        :
                Defendants.             :
---------------------------------------------------
FRANCIA BRICK, individually and on      :
Behalf of all others similarly situated,
                                        :
                                        :       :
                Plaintiff,              :        Civil Action No: 07 Civ. 11369
v.                                      :
                                        :
CITIGROUP INC., CHARLES PRINCE,         :
THE PLAN'S ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP, INC.,           :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,                     :
                                        :
                Defendants.             :
---------------------------------------------------
```

```
-----------------------------------------------------x
WILLIAM and PATRICIA WOODWARD,        :
individually and on Behalf of All Others       :
Similarly Situated,                            :
                                               :
                    Plaintiffs,                :     Civil Action No: 07cv11207
v.                                             :
                                               :
CITIGROUP INC., CHARLES PRINCE,                :
ROBERT E. RUBIN, C. MICHAEL                    :
ARMSTRONG, ALAIN J. P. BELDA,                  :
GEORGE DAVID, KENNETH T. DERR,                 :
JOHN M. DEUTCH, ROBERTO                        :
HERNANDEZ RAMIREZ, ANDREW N.                   :
LIVERIS, ANN MULCAHEY, RICHARD                 :
D. PARSONS, JUDITH RODIN, ROBERT               :
L. RYAN, FRANKLIN A. THOMAS, ANN               :
DIBBLE JORDAN, KLAUS KLEINFELD                 :
AND DUDLEY C. MECUM, and JOHN                  :
and JANE DOES 1-10,                            :
                                               :
                    Defendants.                :
-----------------------------------------------------
```

## [PROPOSED] ORDER GRANTING APPLICATION OF
## BRUCE F. RINALDI FOR ADMISSION *PRO HAC VICE*

This matter coming before the Court by Motion submitted by Lynda J. Grant,

seeking the admission of Bruce F. Rinaldi to the United States District Court for the

Southern District of New York *pro hac vice* for purposes of this action, and the Court

having considered the Affidavit of Bruce F. Rinaldi submitted in support thereof, and for

good cause shown,

IT IS ON this _____day of _____, 2008,

ORDERED that:

1.       Bruce F. Rinaldi is hereby granted admission *pro hac vice* to the

United States District Court for the Southern District of New York, for the purpose of

appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States

District Court for the Southern District of New York;

    2.  Bruce F. Rinaldi is required to abide by and is subject to the Local

Rules of the United States District Court for the Southern District of New York; and

    3.  Bruce F. Rinaldi is required to notify the Court immediately of any

matter that affects his standing at the Bar of any court.


                    _____

                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
STEPHEN GRAY, individually and on          :
behalf of all others similarly situated,          :
                                                          :
              Plaintiff,                              :
                                                          :
v.                                                        :
                                                          :
CITIGROUP INC., CHARLES PRINCE,     :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,         :
THE 401(k) INVESTMENT                    :
COMMITTEE, and JOHN DOES 1 - 20,      :
                                                          :
              Defendants.                           :
------------------------------------------------------x
SHAUN ROSE, Individually and On           :
Behalf of All Others Similarly Situated,       :
                                                          :
              Plaintiff,                              :
                                                          :
v.                                                        :
                                                          :
CITIGROUP INC., CHARLES PRINCE,     :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,         :
THE 401(k) INVESTMENT                    :
COMMITTEE, and JOHN DOES 1 - 10,      :
                                                          :
              Defendants.                           :
------------------------------------------------------x
MEREDITH TRANBERG, individually      :
and on behalf of all others similarly situated :
                                                          :
              Plaintiff,                              :
                                                          :
v.                                                        :
                                                          :
CITIGROUP INC., CHARLES PRINCE,     :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,         :
THE 401(k) INVESTMENT                    :
COMMITTEE, and JOHN DOES 1 - 20,      :
                                                          :
              Defendants.                           :
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Civil Action No: 07 Civ. 9790 (SHS)

Civil Action No: 07 Civ. 10294

Civil Action No: 07 Civ. 10341

```
------------------------------------------------x
ANTON RAPPOLD, individually and on      :
behalf of all others similarly situated,     :
                                            :
            Plaintiff,                      :    Civil Action No: 07 Civ. 10396
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A.,             :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                       :
                                            :
            Defendants.                     :
------------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,                  :
                                            :
            Plaintiff,                      :    Civil Action No: 07 Civ. 10442
v.                                          :
                                            :
CITIGROUP INC., CHARLES O.                  :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH,            :
 ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.            :
RUBIN, ROBERT E. RUBIN, FRANKLIN            :
A. THOMAS, JOHN DOES 1-20 (BEING            :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                            :
            Defendants.                     :
------------------------------------------------x
```

```
----------------------------------------------------x
STEPHAN FIORINO, individually and on    :
behalf of all others similarly situated,    :
                                            :
              Plaintiff,                     :        Civil Action No: 07 Civ. 10458
v.                                           :
                                            :
CITIGROUP INC., CITIBANK N.A.,              :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and                   :
JOHN DOES 1 - 20,                           :
                                            :
              Defendants.                    :
----------------------------------------------------x
JAMES BOLLA, individually and on behalf  :
  of all others similarly situated,         :
                                            :
              Plaintiff,                     :        Civil Action No: 07 Civ. 10461
v.                                           :
                                            :
CITIGROUP INC., CITIBANK N.A.,              :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and                   :
JOHN DOES 1 - 20,                           :
                                            :
              Defendants.                    :
----------------------------------------------------x
```

```
--------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the        :
CITIBUILDER 401 (K) PLAN FOR             :
PUERTO RICO, and all others similarly,   :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 10472
                                          :
v.                                        :
                                          :
CITIGROUP, INC., CITIBANK, N.A.,          :
THE PLAN ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP, INC.,            :
MICHAEL E. SCHLEIN, JOHN DOES            :
1-10, THE CITIGROUP 401(k) PLAN          :
INVESTMENT COMMITTEE and JOHN            :
DOES 10-20, C. MICHAEL                    :
ARMSTRONG, ALAN J.P. BELDA,              :
GEORGE DAVID, KENNETH T. DERR,           :
JOHN M. DEUTCH, ROBERTO                  :
HERNANDEZ, ANN DIBBLE JORDAN,            :
ANDREW N. LIVERIS, DUDLEY C.             :
MECUM, ANNE M. MULCAHY,                   :
RICHARD D. PARSONS, ANDRALL E.           :
PEARSON, CHARLES PRINCE, JUDITH          :
RODIN, ROBERT E. RUBIN, FRANKLIN         :
A. THOMAS, SANFORD I. WEILL,             :
                                          :
              Defendants.                 :
--------------------------------------------------x
```

```
-------------------------------------------------x
ALAN STEVENS, on Behalf of Himself       :
and All Others Similarly Situated,        :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 11156
                                          :
v.                                        :
                                          :
CITIGROUP INC., CITIBANK, N.A,            :
CHARLES PRINCE, C. MICHAEL                :
ARMSTRONG, ALAIN J.P. BELDA,              :
GEORGE DAVID, KENNETH T. DERR,            :
JOHN M. DEUTCH, PETER JOHNSON,            :
ROBERTO HERNANDEZ RAMIREZ,                :
ANDREW N. LIVERIS, ANNE                   :
MULCAHEY, RICHARD D. PARSONS,             :
JUDITH RODIN, ROBERT E. RUBIN,            :
ROBERT L. RYAN, FRANKLIN A.               :
THOMAS, THE PLANS                         :
ADMINISTRATION COMMITTEE OF               :
CITIGROUP, INC., THE INVESTMENT           :
COMMITTEE and JOHN DOES 1-30,             :
                                          :
              Defendants.                 :
-------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of           :
Himself and a Class of Persons Similarly  :
Situated,                                 :
                                          :
              Plaintiff,                  :        Civil Action No: 07 Civ. 11158
                                          :
v.                                        :
                                          :
CITIGROUP INC., THE PLANS                 :
ADMINISTRATION COMMITTEE OF               :
CITIGROUP, INC., MICHAEL E.               :
SCHLEIN, CHARLES PRINCE, C.               :
MICHAEL ARMSTRONG, ALAIN J.P.             :
BELDA, GEORGE DAVID, KENNETH T.           :
DERR, JOHN M. DEUTCH, ROBERTO             :
HERNANDEZ RAMIREZ, ANDREW N.              :
LIVERIS, ANNE MULCAHEY,                   :
RICHARD D. PARSONS, JUDITH                :
RODIN, ROBERT E. RUBIN, ROBERT L.         :
RYAN, AND FRANKLIN A. THOMAS,             :
And JOHN DOES 1-30,                       :
                                          :
              Defendants.                 :
```

```
-------------------------------------------------x
```
CHRIS SOUTHARD, on Behalf of All          :
Others Similarly Situated,                :
                                          :
            Plaintiff,                    :        Civil Action No: 07 Civ. 11164
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES O.                :
PRINCE, C. MICHAEL ARMSTRONG,             :
ALAIN J.P. BELDA, GEORGE DAVID,           :
KENNETH T. DERR, JOHN M. DEUTCH,          :
ROBERTO HERNANDEZ RAMIREZ,                :
ANN DIBBLE JORDAN, KLAUS                  :
KLEINFELD, ANDREW N. LIVERIS,             :
ANNE MULCAHY, RICHARD D.                  :
PARSONS, JUDITH RODIN, ROBERT E.          :
RUBIN, ROBERT E. RUBIN, FRANKLIN          :
A. THOMAS, JOHN DOES 1-20 (BEING          :
CURRENT AND FORMER MEMBERS                :
OF THE PLANS ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP INC.)              :
and JOHN DOES 21-40 (BEING                :
CURRENT AND FORMER MEMBERS                :
OF THE INVESTMENT COMMITTEE               :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                          :
            Defendants.                   :
```
-----------------------------------------------------
```
FRANCIA BRICK, individually and on        :
Behalf of all others similarly situated,
                                                   :
            Plaintiff,                    :        Civil Action No: 07 Civ. 11369
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLAN'S ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP, INC.,             :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,                       :
                                          :
            Defendants.                   :
```
-----------------------------------------------------
```

```
-------------------------------------------------x
```
WILLIAM and PATRICIA WOODWARD,  :
individually and on Behalf of All Others   :
Similarly Situated,                        :
                                           :
                    Plaintiffs,            :        Civil Action No: 07cv11207
                                           :
v.                                         :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
ROBERT E. RUBIN, C. MICHAEL                :
ARMSTRONG, ALAIN J. P. BELDA,              :
GEORGE DAVID, KENNETH T. DERR,             :
JOHN M. DEUTCH, ROBERTO                    :
HERNANDEZ RAMIREZ, ANDREW N.               :
LIVERIS, ANN MULCAHEY, RICHARD             :
D. PARSONS, JUDITH RODIN, ROBERT           :
L. RYAN, FRANKLIN A. THOMAS, ANN           :
DIBBLE JORDAN, KLAUS KLEINFELD             :
AND DUDLEY C. MECUM, and JOHN              :
and JANE DOES 1-10,                        :
                                           :

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the

Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.  On this 15th day of January, 2008, I

caused true and accurante copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*,

Declaration of Lynda J. Grant in Support of Motions to Admit Counsel *Pro Hac Vice*,

Declaration of Bruce F. Rinaldi in Support of Motion to Admit Counsel *Pro Hac Vice* and the

Certificate of Good Standing attached thereto, and Proposed Order for Admission *Pro Hac Vice*

on Written Motion, via First-Class mail, upon the following counsel of record:

### Citigroup ERISA Litigation Service List

| Attorneys for Defendants | Attorneys for Plaintiff Samier Tadros (07-cv-10442-SHS) |
|---|---|
| Lawrence B. Pedowitz, Esq.<br>John Lynch, Esq.<br>Bradley R. Wilson, Esq.<br>WATCHELL, LIPTON, ROSEN<br>    & KATZ LLP<br>51 West 52nd Street<br>New York, New York  10019-6150<br><br>Telephone: 212-403-1000<br>Fax:        212-403-2000 | Robert I. Harwood, Esq.<br>Jeffrey M. Norton, Esq.<br>HARWOOD, FEFFER LLP<br>488 Madison Avenue<br>New York, New York 10022<br><br>Telephone: 212-935-7400<br>Fax:        212-753-3630 |
| **Attorneys for Plaintiff Anton Rappold (07-cv-10396-UA)** | **Attorneys for Plaintiff James Bolla (07-cv-10461-UA)** |
| Susan Salvetti, Esq.<br>ZWWERLING, SCHACHTER &<br>ZWERLING LLP<br>41 Madison Avenue<br>New York, New York 10010<br><br>Telephone: 212-223-3900<br>Fax:        212-371-5969 | Ann D. White, Esq.<br>ANN D. WHITE LAW OFFICES P.C.<br>165 Township Line Rd, Ste. 2400<br>Jenkintown, PA 19046-3535<br><br>Telephone: 215-481-0273<br>Fax:        215-481-0271 |

1

| **Attorneys for Plaintiff Meredith Tranberg (07-cv-10341-UA)** | **Attorneys for Plaintiff Mark Geroulo (07-cv-10472-UA)** |
|---|---|
| Jeffrey Squire, Esq.<br>BRAGAR WEXLER & EAGEL, PC<br>885 Third Avenue, Suite 3040<br>New York, New York 10022<br><br>Telephone: 212-308-5858<br>Fax:      212-486-0462 | Romen Sarraf, Esq.<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>485 Seventh Avenue, Suite 1005<br>New York, New York 10018<br><br>Telephone: 212-868-3610<br>Fax:      212-918-7967<br><br>Robert A. Izard, Esq.<br>SCHATZ NOBEL IZARD P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br><br>Telephone: 860-493-6292<br>Fax:      860-493-6290 |
| **Attorneys for Plaintiff Chris Southard (07-cv-11164)** | **Attorneys for Plaintiff Alan Stevens (07-cv-11156)** |
| Thomas J. McKenna, Esq.<br>GAINEY & MCKENNA<br>295 Madison Avenue, 4th Floor<br>New York, New York 10017<br><br>Telephone: 212-983-1300<br>Fax:      212-983-0383 | Lori G. Feldman, Esq.<br>Arvind B. Khurana, Esq.<br>MILBERG WEISS LLP<br>One Pennsylvania Plaza<br>New York, New York, 10019<br><br>Telephone: 212-594-5300<br>Fax;      212-868-1229 |
| **Attorneys for Plaintiff Stephen Gray (07-cv-9790-SHS)** | **Attorneys for Plaintiff Steven Goldstein (07-cv-11158-UA)** |
| Marian P. Rosner, Esq.<br>Robert C. Finkel, Esq.<br>Andrew E. Lencyk, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br><br>Telephone:  212-759-4600<br>Fax:      212-486-2093 | Edwin J. Mills, Esq.<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, New York 10017<br><br>Telephone: 212-687-7230<br>Fax:      212-490-2022 |

| **Attorneys for Plaintiff William Woodward**<br>**(07-cv-11207-UA)** | **Attorneys for Plaintiff Francia Brick**<br>**(07-cv-11369-UA)** |
|---|---|
| Bruce F. Finaldi<br>COHEN MILSTEIN HAUSFELD & TOLL (DC)<br>1100 New York Avenue, N.W., Suite 500W<br>Washington, DC  20005<br><br>Telephone:   202-408-4600<br>Fax:            202-408-4699 | William R. Weinstein<br>Steven L. Wittels<br>Jeremy Heisler<br>SANFORD WITTELS & HEISLER, LLP<br>950 Third Avenue, 10th Floor<br>New York, New York 10022<br><br>Telephone:  646-723-2947<br>Fax:            646-723-2948 |

Theresa Graham

3